USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA           :
                                   :     21-CR-724 (VEC)
         -against-                 :
                                   :     ORDER
                                   :
CARLOS BAEZ,                       :
                                   :
                     Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 17, 2025, the Court unsealed this matter along with certain other documents, including the Information and Superseding Information at Dkts. 42–43; *see* Order, Dkt. 44;

WHEREAS from Tuesday, February 4, 2025, through Monday, February 10, 2025, Defendant's counsel emailed a flurry of motions to the Court and requested leave to file those motions under seal; and

WHEREAS those motions consisted of two letters from Defendant's counsel raising concerns about Mr. Baez's designation and his safety at the Metropolitan Detention Center ("MDC"), and two *pro se* motions from Mr. Baez — who is represented by counsel — seeking to remain at the MDC and requesting that he be released on bail pending appeal;

IT IS HEREBY ORDERED that, as previously communicated to the parties via Sealed Order, the parties must appear before the Court for a status conference on **Wednesday, February 19, 2025, at 2:45 P.M.** to address the various motions filed by Mr. Baez and his counsel.

IT IS FURTHER ORDERED that, in light of the Court's prior unsealing of this case, the Court questions the appropriateness of filing some or all of the above-referenced motions under

seal.  By **Thursday, February 13, 2025**, Defense counsel must either: (1) show cause why the documents should not be unsealed, including by proposing redactions, if appropriate; or (2) file the motions the Court identified in this Order via ECF.

**SO ORDERED.**

**Date:  February 10, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**