USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA

    -against-

CARLOS BAEZ,

                      Defendant.
------------------------------------------------------------ X

21-CR-724 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS on February 7, 2025, and February 10, 2025, Defense counsel submitted two *pro se* motions from Defendant requesting that Defendant remain at the Metropolitan Detention Center ("MDC") and be released on bail pending appeal;

    WHEREAS on February 19, 2025, the parties appeared for a status conference before the Court;

    WHEREAS the Court determined at the conference that, because an inmate's designation following sentencing is within the sole discretion of the Bureau of Prisons, the Court lacks authority to order Defendant confined at specific facility and denied Defendant's motion to remain at the MDC, *see* 18 U.S.C. § 3621(b); *United States v. Williams*, 65 F.3d 301, 307 (2d Cir. 1995); and

    WHEREAS the Court also denied Defendant's motion to be released on bail pending appeal because Defendant is unlikely to succeed on appeal, *see* 18 U.S.C. § 3143(b);

IT IS HEREBY ORDERED that Defendants' *pro se* motions to remain at the MDC and be released on bail pending appeal are DENIED.

**SO ORDERED.**

**Date: February 19, 2025**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**