UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :      21-CR-724 (VEC)
          -against-                   :
                                      :      UNSEALING ORDER
                                      :
CARLOS BAEZ,                          :
                                      :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 17, 2025, the Court unsealed this matter along with certain other documents, including the Information and Superseding Information at Dkts. 42–43; *see* Order, Dkt. 44;

WHEREAS from Tuesday, February 4, 2025, through Monday, February 10, 2025, Defendant's counsel emailed a flurry of motions to the Court and requested leave to file those motions under seal;

WHEREAS those motions consisted of two letters from Defendant's counsel and two *pro se* motions from Mr. Baez sent through his counsel;

WHEREAS the Court issued two Sealed Orders in response to those motions;

WHEREAS on February 10, 2025, the Court ordered Defense counsel to show cause why the sealed documents should not be unsealed, *see* Dkt. 52; and

WHEREAS on February 19, 2025, the parties appeared for a status conference before the Court, and Defense counsel indicated that the documents should be unsealed;

IT IS HEREBY ORDERED that the above-referenced motions and associated Sealed Orders shall be UNSEALED.

**SO ORDERED.**

Date:  February 19, 2025
       New York, NY

**VALERIE CAPRONI**
**United States District Judge**