```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2025
```

# PATRICK J. BRACKLEY

− ATTORNEY AT LAW −
233 BROADWAY, SUITE 801
NEW YORK, NY 10279
TEL. (212) 334-3736
FAX (212) 513-7068

April 16, 2025

The Honorable Valerie E. Caproni, Sr. U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square  Courtroom 443
New York, NY 10007-1312



**MEMO ENDORSED**

     Re: <u>United States v. Carlos Baez</u> S1:21CR00724-01

Dear Judge Caproni:

     I write this letter with regard to my client Carlos Baez.  Mr Baez requested in writing that I obtain his Plea and Sentence Minutes and give them to his girlfriend Yahaira Gonzalez. After consultation with Mr. Baez via a telephone call at Raybrook Federal Correctional Institute, Mr. Baez instructed me to withdraw the application.

     Thank you very much for your time and consideration.

I remain,

/s/Patrick Brackley
Patrick Brackley


cc:  AUSA Jacob Gutwillig

---

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 61.

SO ORDERED.

*[signature]*  4/17/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE